No. 61. FREDERICK R. SEARS ET AL. *v.* INHABITANTS OF THE TOWN OF NAHANT, ETC.    Error to the Superior Court of the State of Massachusetts.    Argued December 16, 1918.    Decided December 23, 1918.    *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *McCain.* v. *Des Moines,* 174 U. S. 168, 181; *Western Union Telegraph Co.* v. *Ann Arbor R. R. Co.,* 178 U. S. 239, 243; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147.    (2) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Empire State-Idaho Mining. Co.* v. *Hanley,* 205 U. S. 225, 232; *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *Brolan* v. *United States,* 236 U. S. 216.    (3) *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 599; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300, 304; *Bilby* v. *Stewart,* 246 U. S. 255, 257. *Mr. Burton E. Eames* for plaintiffs in error.    *Mr. Robert G. Dodge,* with whom *Mr. Arthur D. Hill* and *Mr. Richard H. Wiswall* were on the brief, for defendant in error.